JAMES POWERS, as Administrator, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued October 6, 1891; decided October 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 28, 1891, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Circuit.

*Louis Marshall* for appellant.

*M. M. Waters* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.